MARTIN <em>et al.</em> v. JOHNSON.

118 573
Case 1
130 425

CANDLER, J. 1. The evidence objected to, even if not technically admissible, was not of such materiality as that its admission required the grant of a new trial.

2. The charge as given fully and fairly covered all the material issues involved; and the complaints of the refusal of the judge to charge certain principles will not be cause for a new trial, it not appearing that any request, written or otherwise, was made for the judge to so charge. *City of Atlanta* v. *Alexander,* 80 *Ga.* 637; *Southern R. Co.* v. *Coursey,* 115 *Ga.* 606 (4), and cases cited.

3. The instructions complained of, considered in the light of the entire charge, were not erroneous.

4. The complaint that the entire charge was erroneous is without merit.

<em>Judgment affirmed.   By five Justices.</em>

Submitted July 13, — Decided August 14, 1903.

 Complaint. Before Judge Robinson. City court of Wrightsville. August 18, 1902.

 *E. L. Stephens* and *K. J. Hawkins,* for plaintiffs in error.
*William Faircloth,* contra.